RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Montrel Levester Montgomery

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MONTREL LEVESTER MONTGOMERY,<br><br>　　　　　Defendant. | Case No. 2:21-mj-00687-EJY<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Montrel Levester Montgomery, that the Preliminary Hearing currently scheduled on January 24, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant will be out of the district during the scheduled hearing date.

2. Parties have entered negotiations and need the additional time to resolve this matter.

3. Defendant is not incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 12th day of January, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|    /s/ Keisha K. Matthews<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender |    /s/ Peter S. Levitt<br>By_____<br>PETER S. LEVITT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTREL LEVESTER MONTGOMERY,<br><br>    Defendant. | Case No. 2:21-mj-00687-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 24, 2022 at the hour of 4:00 p.m., be vacated and continued to March 9, 2022 at the hour of 4:00 p.m.

DATED this 12 day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3