RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Montrel Levester Montgomery

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00687-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Second Request) |
| MONTREL LEVESTER MONTGOMERY, DANIELLE PARTINGTON | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Montrel Levester Montgomery, and Michael J. Miceli, Esq. counsel for defendant Danielle Partington that the Preliminary Hearing currently scheduled on March 9, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Parties have entered negotiations and need the additional time to resolve this matter.

2. Mr. Montgomery and Ms. Partington are not incarcerated and do not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 7th day of March, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|   */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender |   */s/ Peter S. Levitt*<br>By_____<br>PETER S. LEVITT<br>Assistant United States Attorney |

  */s/ Michael J. Miceli*
By_____
MICHAEL J. MICELI, ESQ.
Counsel for Danielle Partington

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONTREL LEVESTER MONTGOMERY,<br>DANIELLE PARTINGTON<br><br>Defendants. | Case No. 2:21-mj-00687-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on March 9, 2022 at the hour of 4:00 p.m., be vacated and continued to May 9, 2022 at the hour of 4:00 p.m. in a courtroom to be determined.

DATED this 7th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE