RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Montrel Levester Montgomery

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00687-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Fifth Request) |
| MONTREL LEVESTER MONTGOMERY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Montrel Levester Montgomery, that the Preliminary Hearing currently scheduled on June 21, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than June 23, 2022.

This Stipulation is entered into for the following reasons:

1. Mr. Montgomery's change of plea hearing is currently scheduled for June 22, 2022.

2. Defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fifth request for continuance filed herein.

DATED this 15th day of June, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender |    */s/ Peter S. Levitt*<br>By_____<br>PETER S. LEVITT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MONTREL LEVESTER MONTGOMERY,<br><br>    Defendant. | Case No. 2:21-mj-00687-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on June 21, 2022 at the hour of 4:00 p.m., be vacated and continued to June 29, 2022 at the hour of 4:00 p.m. in Courtroom 3A.

DATED this 15th day of June, 2022.

                                                                       UNITED STATES MAGISTRATE JUDGE